The City of Rochester, Respondent, v. Patrick J. Gray, as Commissioner of Highways of the Town of Livonia, Appellant.— Judgment affirmed, with costs. See decision on former appeal in same case, reported at 133 Appellate Division, 852. All concurred.

Simon L. Adler, as Trustee in Bankruptcy of the Estate of Rochester Sanitarium and Baths Company, a Corporation, Appellant, v. Weis and Fisher Company, Respondent.— Order affirmed, with costs. All concurred.

Frank Boguhn, Plaintiff, v. Lyth Tile Company, Defendant.— Plaintiff's exceptions sustained and motion for new trial granted, with costs to plaintiff to abide the event. Held, that the question of defendant's negligence and of plaintiff's freedom from contributory negligence were questions of fact which should have been submitted to the jury. All concurred.

First National Bank of Fort Wayne, Indiana, Respondent, v. Union Stock Yards of Buffalo, Appellant.— Judgment affirmed, with costs. All concurred.

Joseph M. Fugett, Respondent, v. William H. Kinne and Cyrus E. Kinne, Appellants.— Judgment affirmed, with costs. All concurred.

Leslie G. Loomis and Leslie G. Loomis, Jr., as Copartners under the Firm Name of L. G. Loomis & Son, Respondents, v. Cleveland, Cincinnati, Chicago and St. Louis Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Guy A. Bump, Appellant, v. Warsaw-Wilkinson Company, Respondent.— Order affirmed, with costs. All concurred.

John Randall, Respondent, v. Millard Construction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of the City of Buffalo, Appellant, to Acquire in Fee Simple Lands and Premises Between Elk and Fulton Streets for Park Purposes. Elizabeth Young and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements to each party appearing upon this appeal by separate attorneys. All concurred.

Daniel J. Bryan, Appellant, v. The Farmers' Mutual Indemnity Association of Cayuga County, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Godfrey Miller, Respondent, v. City of Buffalo, Appellant.— Motion to amend decision denied, without costs.

Adelbert D. Cronk, Respondent, v. Margaret I. Crandall, Individually and as